UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Monica Banerjee,
    Plaintiff

    v.                                          Case No. 13-cv-203-SM

Town of Wilmot, NH,
    Defendant

**O R D E R**

I hereby recuse myself from presiding over this case. The case shall be assigned to another judge.

**SO ORDERED.**

_____
Steven J. McAuliffe
United States District Judge

August 2, 2013

cc:  Monica Banerjee, pro se
     Andrew B. Livernois, Esq.
     Daniel J. Mullen, Esq.